Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Priscilla A. Ellis

)
)
**_Plaintiff_** )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )

Director, FBOP -v- )
Evertt Cottrell, Unit Mgr FMC Carswell )
US Atty General Merrick Garland )
Warden Michael Carr, FMC-Carswell )
Solicitor General USA )
Federal Bureau of Prisons )
)
)
)
)
)
**_Defendant(s)_** )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)*

Case: 1:23-cv-00632
Assigned To : Unassigned
Assign. Date : 3/2/2023
Description: Pro Se Gen. Civ. (F-DECK)
*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

RECEIVED
Mail Room

MAR 02 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Priscilla A. Ellis |
| All other names by which you have been known: | Priscilla A. Ellis-Erkkila |
| ID Number | 03260-180 |
| Current Institution | Aliceville FCI , Unit C1 P.O Box 4000 |
| Address | P.O. Box 4000, Unit C1 |

| City | State | Zip Code |
|---|---|---|
| Aliceville | Alabama | 35442 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Everett Cottrell |
| Job or Title *(if known)* | Unit Manager- FMC-Carswell |
| Shield Number | |
| Employer | Federal Bureau of Prison |
| Address | Bldg 3000 "J" Street |

| City | State | Zip Code |
|---|---|---|
| Fort Worth | Texas | 76127 |

☒ Individual Capacity        ☒ Official Capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Attorney General Merrick Garland |
| Job or Title *(if known)* | Attorney General of the United States |
| Shield Number | |
| Employer | United States of America |
| Address | 950 Pennsylvania Ave, NW |
| | Washington, D.C. 20001 |

| City | State | Zip Code |
|---|---|---|
| | | |

☒ Individual Capacity    X☒ Official Capacity

2

**Defendant No. 3**

**Name**  Federal Bureau Of Prisons Director

**Job or Title** *(if known)*  Colette Peters - Director

**Shield Number**

**Employer**  Federal Bureau of Prisons

**Address**  320 First St, NW
Washington, D.C.                                          20530

|  | City | State | Zip Code |

☒ Individual Capacity     ☒ Official Capacity

**Defendant No. 4**

**Name**  Warden - FMC Carswell succeeding Warden Carr

**Job or Title** *(if known)*  Warden, FMC- Carswell

**Shield Number**

**Employer**  Federal Bureau of Prisons , Dept. Of Justiee

**Address**  Bldg 3000  "J" Street
Fort Worth, Texas                                         76127

|  | City | State | Zip Code |

☒ Individual Capacity     ☒ Official Capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constitutional violations  8th Amend of the US Constitution
Color  of law abuse, Violations of Government Ethics, Criminal
sexual assault, sexual harrassment, use of sexually abusive, vulgar
language, unwanted fonling, to inlude other criminal conduct
unsolicited adn unauthorized.

3

C.   Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

8th Amendment of cruel and unusual punishment, criminal conduct of sexual harrassment, sexual misconduct by staff towards an inmate

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Evertt Cottrell sexually abused me for well over 2 plus years with his touching and fondling, abusive language with vulgar sexual obscenities, rubbing his Big black body/penis against mine.

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other
   *(explain)* _____

**IV.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Federal Bureau of Prisons - FMC Carswell  from August 2019 through September 2022

4

C. **What date and approximate time did the events giving rise to your claim(s) occur?**

There were numerous dates and times, starting in 2019 through 2022 ( see attached)

D. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was sexually assaulted by Unit Manager Everett Cottrell over and over for 2 plus years. He rubbed his Big Black penisagainst my body, fondled my breast and private parts, used obscene vulgar language toawrds me consistently , asking if I wanted his Big Black Dick, rubbing his hands across my private area, letting me know that he had total control of my every move.

V. **Injuries**

**If you sustained injuries related to the events alleged above, describe your injuries in detail.**

mental and physical pain, mental distress, mental anguish, sexual trauma, total emotional and mental distress , night mares, nerve problems, anxious, cannot be in same room with male oficer alone

VI. **Relief**

punitive damages.

**State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.**

I want to fiel criminal charges against Everett Cottrell, I want him terminated from working around other women, and i want punitive damages to be awarded in the amount of $600,000,000 ( six hundred million U.S. dollars). I want a trial by jury. This man should not be allowed to harm anyone else. If he has comfortably done this to me, he has done it to others that has not come forward.

I have been sexually assaulted, sexually harrassed, vulgar explicits, Big Black Penis rubbed against me, fondling of my breast and private parts, mentally and emotionally tormented with threats that if I were to tell anyone, he would lock me down. again with clear conduct, or with hold mail from my family, in which he has done several times previously. He locked me down on level 5, the worst level for murderers and terrorist where he falsified documents to modify my final sentence by lying tot he Acting Director to have him request and modify a final sentence 19 months After my Final sentence to add Unlawful SAM that Atrty General Merrick Garland reversed as unlawful/Double Jeopardy September 2021. I had to endure the unwanted sexual assault, sexual harrassment, vulgar sexual explicits and fondling because of his threats, knowing that if he locked me down again, I could NOT contact my family or work on my case

5

VI Continued:

I want Everett Cottrell Prosecuted to the fullest extent of the law.  I am also requesting punitive damages for sexual trauma, Emotinal distress and mental and emotinal anguish, psuchiatric trauma, neurological distress, Pain and suffering, Cruel & unusual punishment, unlawful detainment in solitary confinemnt without Due Process, unlawfully denied the right to an Attorney for well over 3 years ( being denied basic 6th Amendment protections to an attorney), denied the right to be at peace, denied family access and access to Veteran friends and family, consistent escalated hypertension, which caused physical pain, unwanted tounching , which is physical sexual assault, enhanced PTSD, permanent emotional scarring to include emotional and mental exhaustion.  I want damages int he amount of $600,000,000.00 (six hundred Million United states dollars) or amicable agreed amount.  I am also requesting anadditional $100,000,000.00 (One Hundred Million United States Dollars) or amicable agreed amount for the unlawful detention in solitary confinement for 8 *eight plus months as well as being housed with a Death Row inmate all because of Everett Cottrell falsifying documetns to add the unlawfully attached Special Admionistrative Measure so that he could control and continue to sexually assaut a vulnerable inmate.

Page 5(a)

Everett Cottrell has consistently sexually harrassed, sexually assaulted, used sexually vulgar explicits towards me, threatened and abused me for the past two plus years. A weight lifted off of my shoulders when I got off of the bus in Oklahoma, there was 8-10 of us in a line, but a female Marshal only came directly to me and asked " What is your Name" She must have seen the relief on my face. The 1st Psychologist that I encountered will attest that I was so emotional, and over whelmed. He said" well ma'am, you be relieved that you are no longer at Carswell". This man manipulated and lied to SIS Director Malone that a SAM was part of a court order, he knew darn well that there was no SAM in my Fianl court order and sentence judgement. He had experience dealing with SAM's because he had an inmate Ana Montes, whom had a SAM in teh Administrative building ( SuperMAX for over 20 years.

Everett Cottrell is very manipulative, corrupt, dangerous man whom should not be working in the FBOP, especially around female inmates. This man had his secretary , Ms Ashbury and Ms Coleman regularly tampering with my incoming and outgoing legal mail. I can provide certified numbers to the courts where the mail never arrived the courts or attorneys, even a certified delivery slip of legal documents sent to my sister to mail and to datye, it still says out for delivery, years later. I want monetary damages and Everett Cottrell prosecuted to the fullest extent of the law. No one has a right to sexually abuse women or their power over women as Evertt Cottrell has doen towards me and am sure there are others, using his position where no one questions him, and are afraid to challenge his authority. Everett Cottrell has committed a 2nd /3rd Degree Felony knowingly.

5 (b)

I want to be transferred out of the Custody of the Federal Bureau of Prisons, and out of the care, custody and control of the Federal Bureau of Prisons. I am a disabled Veteran and am eligible for Veterans Housing per Federal Bureau of Prisons Program Statement for Veterans. Under the CARES Act, am eligible for Home Confinement with low security and Clear Conduct, a Half Way House or Home confinement. I do nto feel safe in the Federal Bureau of Prisons and find myself sleeping under my bed most nights. I have been in Psychiatrict therapy and receive my medication for PTSD, but there is no feeling for being sexually violated. There is no way out of your mind to deal with the episodes involved, even typing this am in tears and over whekmed with anxiety.

I have chronic hypertension, low potassium, PTSD, Lap Band with a Port that protrudes my chest cavity, Seizures from Head injury in the military, chronic sinusitis, ear ulcers, Vitamin D deficiency, Chest pains from anxiety, spot on left lung, lump in left breast, kidney palpitations. I am 58 years of Age as of Dec 6th 2022.

I have NO vi9olence in my history, I am also requesting the Court to demand that DSCC remove the erroneous information of PSF from my file, custody and computation sheet. I've never been convicted of a crime of violence or of telephoen abuse.

Again, I do nto feel safe in teh Federal Bureau of Prisons at all, and am being tormented every day and night. The nightmares do not go away. Everett Cottrell has made sure that the FBOP not only have custody of me physically but mentally and emotionally. No one deserves to go through what I am goign through or have experienced and endured at the hands of this malfeasant , corrupt man and Penal system. America is not suppose to portray or prevent themselves in this manner. No oen in the Governmetn should have the right to abuse their posiiton and power in the manner that Everett Cottrell and his colleagues to include the Federal Governmetn that heled him obtain the unlawfully applied SAM 19 months after my final sentence, allowing me to be housed with Death Row inmate Lisa Montgomery, and violating government ethics.

5 (c)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FMC-Carswell, Federal Transfer Center  ( see attached)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒  Yes  If you are in fear of retaliation , you remain silent
        live in fear and submissiveness

☐  No

☐  Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒  Yes

☐  No

☐  Do not know

If yes, which claim(s)?

Sexual Assault by Staff Grievance Novmeber 2021

Central Bureau of Prisons ( See attached)

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes          sent letter to the Warden of FMC-Carswell once arrived
               the Federal Transfer Center

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   To SIS, Central Office , SIA Transfer Centgr, PREA Hotlin
   Psychology

2. What did you claim in your grievance?

   Sexual Assault by Staff

3. What was the result, if any?

   None to date

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I wrote to the Attorney of Central Office Federal Bureau
   of Prisons and let them know that the sexual assault had
   not been resolved nor had anyone come out to speak to
   me and all of a sudden Central Office Internal Affairs
   came to visit me and interview and take my sworn statement
   2 February 2023 , and  TOOK Ms Walters ( Internal Affairs)
   investigator copies of  Written complaints that I had
   field to the Sheriffs  Dept, Mayor of Fort Worth, and
   Texas Rangers. 2/2/23 did sworn statement finally
   with office Internal Affairs Investigator Walters.

7

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

NA

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

NA

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Did what I was suppose todo, reported it and tried to file criminal charges

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

(see attachments )

**VIII.    Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

XXX ☒   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☒  Yes  1:21-cv-0345 District of Columbia

    ☐  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)   Priscilla A. Ellis

        Defendant(s)   Everett Cottrell, Director , FBOP, Atty General Warden, FMC-Carswell

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

    District Court of Columbia

    3.  Docket or index number

        1:21-cv-0345

    4.  Name of Judge assigned to your case

    Unknown

    5.  Approximate date of filing lawsuit

    November 2021

    6.  Is the case still pending?

        ☐  Yes

        ☒  No

    If no, give the approximate date of disposition.   failed to pay fees /file IFP timely

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    dsimissed without prejudice

9

**IX.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Printed Name of Plaintiff | Priscilla A. Ellis |
| Prison Identification # | 03260180 |
| Prison Address | Aliceville FCI, Unit C1  P.O Box 4000 |
| | Aliceville _____ Alabama _____ 35442 |
| | *City*      *State*      *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     2-10-2023
                          (Date)

_Signature of Plaintiff_

10

Certificate of Service

I, hereby Certify that A true and Correct copy of the foregoing ( Priscilla A. Ellis vs. Federal Bureau of Prison Everett Cottrell et al )

WAS served by First Class mail, postage prepaid in the 13 day of December 2022, upon:

1. Director, Federal Bureau of Prisons
320 First st, NW Washington, D.C 20530

2. Everett Cottrell, FMC-Carswell
Bldg 3000, J Street, Fort Worth, TX 76127

3. U.S. Attorney General Merrick Garland
950 Pennsylvania Ave, NW, Washington, D.C 20001

4. Warden - FMC-Carswell
J. street, Bldg 3000, Fort Worth TX 76127

Priscilla A. Ellis, 03260180
U.S. Army Veteran